UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SIVERTSEN,

    Petitioner,

Case No. 1:15-CV-244

v.

HON. GORDON J. QUIST

SHIRLEE HARRY,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On March 14, 2017, Magistrate Judge Carmody issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus. The Court has reviewed the R & R recommending that the petition be denied. The R & R was initially mailed to Petitioner on March 15, 2017, but was remailed to Petitioner at his updated address on April 3, 2017, after the previously-mailed copy was returned to the Clerk. (ECF No. 12.) No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the March 14, 2017, Report and Recommendation (ECF No. 11) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the March 14, 2017, Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated: April 25, 2017                                  /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE